# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Adelita Gonzales,<br><br>        Plaintiff,<br><br>v.<br><br>Thunderbird Collection Specialists Incorporated,<br><br>        Defendant. | **NO. CV-19-08302-PCT-SPL**<br><br>**JUDGMENT IN A CIVIL CASE** |

Pursuant to Plaintiff having accepted Defendant's offer of judgment, judgment is hereby entered against Defendant Thunderbird Collection Specialists Incorporated in the amount of $ 2501.00 plus taxable and recoverable costs and attorney's fees to be determined by the Court and this action is hereby terminated.

                                      Debra D. Lucas
                                      District Court Executive/Clerk of Court

August 24, 2020

                                      s/ G. Puraty
                             By   Deputy Clerk