# EXHIBIT "1"

EXHIBIT "1"

| Date | Timekeeper | Activity | Time | Waived | Rate | Fees |
|---|---|---|---|---|---|---|
| 24-Aug-20 | Joel Wresh | pulled and saved (40) Judgment to client's file; memo to file for attorney review. | 0.1 | w | 135 | 0 |
| 24-Aug-20 | Russell S. Thompson | Review: (RT) (40) Judgment - | 0.1 | | 400 | 40 |
| 21-Aug-20 | Joel Wresh | Filed Notice of Acceptance of Offer of Judgment and exhibit via ECF. pulled and saved (39) Notice of Acceptance of Offer of Judgment to client's file | 0.2 | | 135 | 27 |
| 21-Aug-20 | Russell S. Thompson | Reviewed and approved notice of acceptance | 0.1 | | 400 | 40 |
| 20-Aug-20 | Joel Wresh | Prepared notice of acceptance of offer of judgment and exhibit; sent to attorney for review | 0.2 | | 135 | 27 |
| 20-Aug-20 | Russell S. Thompson | Settlement: (RT) See email from OC with Offer of Judgment - reviewed to confirm same as email (.1); called client to discuss (.3); diared for paralegal to prepare notice of acceptance | 0.4 | | 400 | 160 |
| 19-Aug-20 | Joel Wresh | pulled and saved (38) Notice of Service of OOJ to client's file; memo to file for attorney review. | 0.1 | w | 135 | 0 |
| 18-Aug-20 | Russell S. Thompson | Continued working on motion for class certification (2.6); stopped after receiving email from OC stating OOJ will be served tomorrow, appears that client will likely accept if OOJ matches email (.1) | 2.7 | | 400 | 1080 |
| 17-Aug-20 | Joel Wresh | pulled and saved (37) Order Granting Motion for Plati to Withdraw to client's file; memo to file for attorney review. | 0.1 | | 135 | 13.5 |
| 17-Aug-20 | Russell S. Thompson | sent fu to see if D intends to serve OOJ | 0.1 | | 400 | 40 |
| 17-Aug-20 | Russell S. Thompson | Review: (RT) (37) Order Granting Motion for Plati to Withdraw - | 0.1 | | 400 | 40 |
| 14-Aug-20 | Joel Wresh | pulled and saved (36) Motion to Remove Plati as Counsel of Record to client's file; memo to file for attorney review. | 0.1 | w | 135 | 0 |
| 14-Aug-20 | Russell S. Thompson | Review: (RT) (36) Motion to Remove Plati as Counsel of Record - | 0.1 | | 400 | 40 |

| Date | Attorney | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 13-Aug-20 | Russell S. Thompson | Responded to best offer from OC to see if they still intend on serving an OOJ | 0.1 | 400 | 40 |
| 11-Aug-20 | Russell S. Thompson | call from OC, discussed settlement, he made offer | 0.1 | 400 | 40 |
| 11-Aug-20 | Russell S. Thompson | Settlement: (RT) Made best and final demand | 0.1 | 400 | 40 |
| 10-Aug-20 | Russell S. Thompson | Email to OC to f/u on demand, noted upcoming class cert deadline | 0.1 | 400 | 40 |
| 7-Aug-20 | Joel Wresh | Emailed defense to follow up for approval on report re settlement talks | 0.1 | 135 | 13.5 |
| 7-Aug-20 | Joel Wresh | Received email from defense approving Joint Report on Settlement Talks and filed via ECF. pulled and saved (35) Joint Report on Settlement Talks to client's file | 0.1 | 135 | 13.5 |
| 6-Aug-20 | Russell S. Thompson | reviewed and approved joint report on settlement talks (.1); sent to oc with f/u on demand (.1) | 0.2 | 400 | 80 |
| 4-Aug-20 | Russell S. Thompson | sent fu to oc on demand | 0.1 | 400 | 40 |
| 31-Jul-20 | Joel Wresh | Prepared joint report on settlement talks and saved to client's file for attorney review | 0.2 | 135 | 27 |
| 31-Jul-20 | Russell S. Thompson | good faith settlement talks | 0.2 | 400 | 80 |
| 31-Jul-20 | Russell S. Thompson | call with client (.1); counter to OC (.1) | 0.2 | 400 | 80 |
| 30-Jul-20 | Joel Wresh | Resent link to access video conference to defense per attorney's request | 0.1 | 135 | 13.5 |
| 30-Jul-20 | Russell S. Thompson | responded to offer with counter | 0.1 | 400 | 40 |
| 30-Jul-20 | Russell S. Thompson | Call from OC to discuss settlement and tomorrows video talks | 0.2 | 400 | 80 |
| 30-Jul-20 | Russell S. Thompson | Call with client to prep for video settlement talks | 0.4 | 400 | 160 |
| 28-Jul-20 | Joel Wresh | saved voicemail and emails from client to client's file. Called and spoke with client in response to contact re settlement talks. | 0.2 | 135 | 27 |
| 28-Jul-20 | Russell S. Thompson | Email from OC with responses to second requests for admission and a settlement offer | 0.2 | 400 | 80 |
| 27-Jul-20 | Russell S. Thompson | sent fu to oc re settlement | 0.1 | 400 | 40 |

| Date | Person | Description | Hours | | Rate | Amount |
|---|---|---|---|---|---|---|
| 23-Jul-20 | Russell S. Thompson | Email to oc re discovery and settlement | 0.2 | | 400 | 80 |
| 22-Jul-20 | Joel Wresh | Received email from client confirming new start time for settlement talks. Updated appointments and emailed defense to confirm | 0.2 | | 135 | 27 |
| 21-Jul-20 | Joel Wresh | Received email from defense to reschedule settlement talks. Confirmed availability with attorney, called client, and left voicemail to confirm availability. Saved emails to client's file. | 0.2 | | 135 | 27 |
| 20-Jul-20 | Joel Wresh | pulled and saved (34) Order Granting Motion to Hold Settlement Talks by Video to client's file and diaried for attorney review | 0.1 | w | 135 | 0 |
| 20-Jul-20 | Joel Wresh | Prepared letter to client re settlement talks and sent to attorney for review | 0.1 | | 135 | 13.5 |
| 20-Jul-20 | Joel Wresh | Received attorney approval and sent letter to client re settlement conference to client via email and USPS | 0.2 | | 135 | 27 |
| 20-Jul-20 | Joel Wresh | Sent video-conference information to defense via email; calendared appointments for settlement talks and preparation call for attorney in Amicus and Outlook | 0.2 | | 135 | 27 |
| 20-Jul-20 | Russell S. Thompson | Review and approve letter to client re settlement talks | 0.1 | | 400 | 40 |
| 20-Jul-20 | Russell S. Thompson | Discovery: (RT) See email from OC with Responses to 2nd Set of Interrogatories - | 0.1 | | 400 | 40 |
| 20-Jul-20 | Russell S. Thompson | Review: (RT) (34) Order Granting Motion to Hold Settlement Talks by Video - | 0.1 | | 400 | 40 |
| 17-Jul-20 | Joel Wresh | Received email from client with availability for settlement talks; saved to file and updated applicable event | 0.1 | | 135 | 13.5 |
| 16-Jul-20 | Joel Wresh | Revised joint motion and proposed order to hold settlement talks by video to unopposed motion; sent to attorney for review | 0.2 | | 135 | 27 |
| 16-Jul-20 | Joel Wresh | Filed Motion to Conduct Settlement Talks by Video and PO via ECF. pulled and saved (33) Motion to Conduct Settlement Talks by Video to client's file. Sent proposed order to Judge via email. | 0.2 | | 135 | 27 |

| Date | Name | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 16-Jul-20 | Joel Wresh | Emailed client to confirm availability for settlement discussions | 0.1 | 135 | 13.5 |
| 16-Jul-20 | Joel Wresh | Saved email from defense with Responses to 2nd Set of Interrogatories to client's file; memo to file for attorney review. | 0.1 | 135 | 13.5 |
| 16-Jul-20 | Russell S. Thompson | Approved motion to hold settlement talks by video | 0.1 | 400 | 40 |
| 16-Jul-20 | Russell S. Thompson | call with OC | 0.1 | 400 | 40 |
| 15-Jul-20 | Joel Wresh | sent follow up email to defense re motion to hold talks by video and availability | 0.1 | 135 | 13.5 |
| 13-Jul-20 | Joel Wresh | Emailed defense to follow up for position on motion to hold settlement talks by video | 0.1 | 135 | 13.5 |
| 10-Jul-20 | Russell S. Thompson | Email from OC, discovery responses are next on his list - hopefully next week, updated event | 0.1 | 400 | 40 |
| 10-Jul-20 | Russell S. Thompson | sent fu to oc on supplemental responses, responses to 2nd requests | 0.1 | 400 | 40 |
| 7-Jul-20 | Joel Wresh | Emailed defense to follow up for position on motion to hold settlement talks by video | 0.1 | 135 | 13.5 |
| 7-Jul-20 | Russell S. Thompson | Email from OC with number of class members, noted file | 0.1 | 400 | 40 |
| 6-Jul-20 | Russell S. Thompson | Email to oc re need number of class members to confirm class not appropriate | 0.1 | 400 | 40 |
| 2-Jul-20 | Joel Wresh | Emailed defense to follow up for position on motion to hold settlement talks by video | 0.1 | 135 | 13.5 |
| 2-Jul-20 | Russell S. Thompson | sent fu to oc on supplemental responses | 0.1 | 400 | 40 |
| 24-Jun-20 | Russell S. Thompson | Email from OC, still sick which is why no supplemental responses, responded that we'll move deadlines if need be | 0.1 | 400 | 40 |
| 23-Jun-20 | Joel Wresh | Received voicemail from defense and saved to client's file; emailed attorney to advise | 0.1 | 135 | 13.5 |
| 23-Jun-20 | Joel Wresh | Prepared motion to hold settlement talks by video and sent to attorney for review | 0.2 | 135 | 27 |
| 23-Jun-20 | Joel Wresh | Sent motion to hold settlement talks by video and discovery requests in Word format to defense via email; updated applicable events | 0.1 | 135 | 13.5 |

| Date | Person | Description | Hours | | Rate | Total |
|---|---|---|---|---|---|---|
| 23-Jun-20 | Joel Wresh | Received email from defense re motion to hold settlement talks by video; updated applicable event and saved to file | 0.1 | | 135 | 13.5 |
| 23-Jun-20 | Russell S. Thompson | sent fu to oc on supplemental discovery | 0.1 | | 400 | 40 |
| 23-Jun-20 | Russell S. Thompson | review and approve joint motion to hold settlement talks by video | 0.1 | | 400 | 40 |
| 16-Jun-20 | Russell S. Thompson | Response from OC, has been out sick but will respond soon, sent response | 0.1 | | 400 | 40 |
| 16-Jun-20 | Russell S. Thompson | sent fu to OC re supplementing their discovery | 0.1 | | 400 | 40 |
| 9-Jun-20 | Joel Wresh | Received email from client, responded via email. Saved emails to client's file. | 0.1 | | 135 | 13.5 |
| 3-Jun-20 | Joel Wresh | Sent second set of requests for admission and interrogatories to defense via USPS and email. Filed Notice of Service of Discovery via ECF. pulled and saved (32) Notice of Service of Discovery to client's file. | 0.2 | w | 135 | 0 |
| 3-Jun-20 | Joel Wresh | Follow up email to client to request availability for settlement discussions; updated applicable event | 0.1 | | 135 | 13.5 |
| 3-Jun-20 | Joel Wresh | Received email from client, responded via email. Saved emails to client's file. | 0.1 | | 135 | 13.5 |
| 3-Jun-20 | Joel Wresh | Another email from client, responded again via email. Saved emails to client's file. | 0.1 | | 135 | 13.5 |
| 3-Jun-20 | Russell S. Thompson | Approve notice of service of discovery | 0.1 | | 400 | 40 |
| 3-Jun-20 | Russell S. Thompson | Prepare Rule 37 letter (.3); prepare second set of Requests for Admission and Interrogatories (.3) | 0.6 | | 400 | 240 |
| 2-Jun-20 | Joel Wresh | Sent email to client regarding availability for settlement conference | | | 135 | 0 |
| 29-May-20 | Russell S. Thompson | Discovery: (RT*) See Defendant's Responses to Requests for Production - reviewed responses and documents, made notes for 37 letter and additional discovery (.8); began preparing draft motion for class certification (.9) | 1.7 | | 400 | 680 |
| 12-May-20 | Joel Wresh | pulled and saved (31) Notice of Service of Discovery to client's file; memo to file for attorney review. | 0.1 | w | 135 | 0 |
| 12-May-20 | Joel Wresh | Access and saved Defendant's Responses to Requests for Production and document production to client's file. memo to file for attorney review. | 0.2 | | 135 | 27 |

| Date | Person | Description | Hours | | Rate | Total |
|---|---|---|---|---|---|---|
| 12-May-20 | Russell S. Thompson | sent email to fu on Defendant's Responses to Requests for Production | 0.1 | | 400 | 40 |
| 6-May-20 | Russell S. Thompson | Sent fu to oc on protective order and responses to Requests for Production | 0.1 | | 400 | 40 |
| 27-Apr-20 | Russell S. Thompson | Review: (RT) (30) Order Denying Protective Order - | 0.1 | | 400 | 40 |
| 27-Apr-20 | Russell S. Thompson | email to oc re confidentiality and Requests for Production | 0.1 | | 400 | 40 |
| 27-Apr-20 | Russell S. Thompson | Respond to email from OC re liquidated damages | 0.1 | | 400 | 40 |
| 26-Apr-20 | Joel Wresh | pulled and saved (30) Order Denying Protective Order to client's file; memo to file for attorney review. | 0.1 | w | 135 | 0 |
| 24-Apr-20 | Joel Wresh | pulled and saved (29) Stipulated Confidentiality Order to client's file; memo to file for attorney review. | 0.1 | w | 135 | 0 |
| 22-Apr-20 | Russell S. Thompson | Reviewed revised version of protective order, email to OC with updated order and approval to file | 0.3 | | 400 | 120 |
| 16-Apr-20 | Russell S. Thompson | Discovery: (RT*) See email from OC with responses to RFA and Rogs - briefly made notes on issues | 0.2 | | 400 | 80 |
| 14-Apr-20 | Joel Wresh | pulled and saved (28) Notice of Service of Discovery Responses to client's file. Saved email and discovery responses to client's file. Memo to file for attorney review | 0.2 | w | 135 | 0 |
| 14-Apr-20 | Joel Wresh | Saved email from defense with proposed confidentiality order to client's file; memo to client's file for attorney review | 0.1 | | 135 | 13.5 |
| 14-Apr-20 | Russell S. Thompson | Discovery: (RT) See email from OC with proposed confidentiality agreement - reviewed, made edits and revisions, sent clean and redlined version back to OC | 0.4 | | 400 | 160 |
| 10-Apr-20 | Joel Wresh | ==Saved voicemail and email from defense requesting word versions of discovery; sent via email.== | 0.1 | | 135 | 13.5 |
| 9-Apr-20 | Russell S. Thompson | vm from oc - sent response via email re discovery and protective order | 0.1 | | 400 | 40 |
| 25-Mar-20 | Russell S. Thompson | respond to email from OC req extension on discovery | 0.1 | | 400 | 40 |
| 16-Mar-20 | Russell S. Thompson | vm from oc from last week, reviewed file and sent email that we need net worth and class members before making any demand | 0.2 | | 400 | 80 |

| Date | Name | Description | Hours | | Rate | Total |
|---|---|---|---|---|---|---|
| 27-Feb-20 | Joel Wresh | Pulled and saved (27) Order Granting Motion to Withdraw to client's file; memo to file for attorney review | 0.1 | w | 135 | 0 |
| 25-Feb-20 | Joel Wresh | Received approved Requests for Admission, Interrogatories, and Requests for Production to Defendant; converted to PDF and saved to file; printed copies and created mailing; sent to opposing counsel via U.S. mail and electronic mail; saved correspondence to file; Filed Notice of Service of Discovery via the court's ecf system | 0.2 | w | 135 | 0 |
| 25-Feb-20 | Joel Wresh | Reviewed attorney assignment sheet; prepared template Requests for Admission, Interrogatories, and Requests for Production; prepared notices of service; to attorney for review | 0.4 | | 135 | 54 |
| 25-Feb-20 | Russell S. Thompson | Review: [RT] Status (First) - Review file, complaint should be answered and rule 16 conference should be scheduled if this case is on trial track, diary follow up with court and roll this event with notes, should be checked off only once PTC set | 0.3 | | 400 | 120 |
| 25-Feb-20 | Russell S. Thompson | Discovery: [JW*] D1 Requests to Admit, Interrogatories and Requests for Production - Review file; prepare discovery requests with respect to denials in answer and disputed facts | 0.8 | | 400 | 320 |
| 24-Feb-20 | Russell S. Thompson | Review: (RT*) (24) Scheduling Order - confirmed all deadlines properly diaried | 0.1 | | 400 | 40 |
| 19-Feb-20 | Joel Wresh | Pulled and saved (24) Scheduling Order to client's file. Reviewed order, set and adjusted deadlines, diaried for attorney reivew | 0.3 | w | 135 | 0 |
| 17-Feb-20 | Joel Wresh | Emailed defense to request consent to magistrate judge jurisdiction | 0.1 | | 135 | 13.5 |
| 14-Feb-20 | David McDevitt | reviewing Defendants' MIDP statement | 0.1 | | 350 | 35 |
| 13-Feb-20 | David McDevitt | Email from opposing counsel with edit to CMO, responded | 0.1 | | 350 | 35 |
| 13-Feb-20 | Joel Wresh | Filed Case Management Report and Proposed Case Management Order via ECF. Pulled and saved (23) Case Management Report to client's file | 0.2 | w | 135 | 0 |

| Date | Attorney | Description | Hours | | Rate | Amount |
|---|---|---|---|---|---|---|
| 13-Feb-20 | Joel Wresh | Saved email from defense with MIDP responses to client's file and Pulled and saved (22) Notice of Service of Defendant's MIDP Responses to client's file, diaried for attorney review | 0.1 | w | 135 | 0 |
| 13-Feb-20 | Joel Wresh | Sent courtesy copy of proposed case management order to Judge Logan via email | 0.1 | w | 135 | 0 |
| 12-Feb-20 | David McDevitt | Emailed opposing counsel for approval of CMO | 0.1 | | 350 | 35 |
| 12-Feb-20 | Russell S. Thompson | Order: see (21) Order Vacating Scheduling Conference - | 0.1 | | 400 | 40 |
| 11-Feb-20 | David McDevitt | Reviewed proposed CMO | 0.1 | | 350 | 35 |
| 11-Feb-20 | Joel Wresh | Sent proposed case management order to defense via email for consent to file | 0.1 | | 135 | 13.5 |
| 10-Feb-20 | Joel Wresh | Received approval from defense and filed Case Management Report via ECF. Pulled and saved (19) Case Management Report to client's file | 0.2 | w | 135 | 0 |
| 10-Feb-20 | Joel Wresh | Pulled and saved (20) Order to Refile CMR to client's file, diaried for attorney review. Revised proposed case management order, sent to attorney for review | 0.2 | w | 135 | 0 |
| 10-Feb-20 | Joel Wresh | Saved (21) Order Vacating Scheduling Conference to client's file, cancelled events for attorney and diaired for review | 0.1 | w | 135 | 0 |
| 7-Feb-20 | David McDevitt | reviewing opposing counsel's additions/changes to the proposed scheduling order (.2) | 0.2 | | 350 | 70 |
| 7-Feb-20 | David McDevitt | sent follow up to Sever for approval to file the proposed scheduling order | 0.1 | | 350 | 35 |
| 7-Feb-20 | Russell S. Thompson | Reviewed and approved proposed scheduling order for filing | 0.1 | | 400 | 40 |
| 6-Feb-20 | Joel Wresh | Received and responded to email from client; saved emails to client's file | 0.1 | | 135 | 13.5 |
| 4-Feb-20 | Joel Wresh | Saved signed MIDP responses to client's file and sent to defense via USPS | 0.1 | w | 135 | 0 |
| 30-Jan-20 | David McDevitt | approved notice of appearance | 0.1 | | 350 | 35 |
| 30-Jan-20 | Joel Wresh | Filed Notice of Appearance - DM via ECF. Pulled and saved (18) Notice of Appearance - DM to client's file | 0.2 | w | 135 | 0 |

| Date | Timekeeper | Description | Hours | | Rate | Amount |
|---|---|---|---|---|---|---|
| 29-Jan-20 | Joel Wresh | Prepared notice of appearance and sent to attorney for review | 0.1 | | 135 | 13.5 |
| 28-Jan-20 | Joel Wresh | Called and spoke with client regarding signed party verification for MIDP responses; updated applicable event with call information | 0.1 | | 135 | 13.5 |
| 24-Jan-20 | David McDevitt | prepare for Rule 26(f) call with Dennis Sever, revised JSR (.5); call with Dennis Sever (.5) | 1 | | 350 | 350 |
| 24-Jan-20 | Joel Wresh | Pulled and saved (17) Notice of Attorney Substitution to client's file | 0.1 | w | 135 | 0 |
| 24-Jan-20 | Joel Wresh | Sent follow up email to client for verification form re MIDP; saved email to client's file | 0.1 | | 135 | 13.5 |
| 22-Jan-20 | David McDevitt | Received email from new defense counsel | 0.1 | | 350 | 35 |
| 22-Jan-20 | Joel Wresh | Saved email from new defense counsel to client's file, added contact card, updated 26f conference events, and emailed attorney to discuss | 0.1 | w | 135 | 0 |
| 22-Jan-20 | Joel Wresh | Emailed defense to schedule call with attorney; saved email to client's file and updated applicable event | 0.1 | | 135 | 13.5 |
| 22-Jan-20 | Joel Wresh | Received and responded to email from defense scheduling call with attorney; calendared events saved emails to client's file | 0.2 | | 135 | 27 |
| 20-Jan-20 | Joel Wresh | Sent emailed to defense to follow up on scheduling rule 26(f) conference | 0.1 | | 135 | 13.5 |
| 17-Jan-20 | David McDevitt | reviewing MIDP responses and notice of service, revising statement of facts/legal theories (2.2) | 2.2 | | 350 | 770 |
| 17-Jan-20 | Joel Wresh | Converted first set of discovery requests to defendant to PDF and sent to defense via email; saved email to client's file. Sent paper copies of same to defense via USPS. Filed Notice of Service of Responses to Mandatory Initial Discovery Requests via ECF. Pulled and saved (16) Notice of Service of Responses to Mandatory Initial Discovery Requests to client's file. Sent party certification to client via Docusign | 0.3 | w | 135 | 0 |
| 17-Jan-20 | Joel Wresh | Revised case management report and sent to attorney for review | 0.2 | | 135 | 27 |
| 17-Jan-20 | Russell S. Thompson | Review and approve MIDP responses | 0.3 | | 400 | 120 |

| Date | Name | Description | Hours | | Rate | Total |
|---|---|---|---|---|---|---|
| 16-Jan-20 | Joel Wresh | Emailed defense to set up 26f conference | 0.1 | | 135 | 13.5 |
| 16-Jan-20 | Joel Wresh | Drafted Case Management Report and Proposed Case Management Order. Saved to client's file for review. | 0.5 | | 135 | 67.5 |
| 9-Jan-20 | Russell S. Thompson | Order: (RT) See (15) Order Setting Scheduling Conference - reviewed and confirmed deadlines properly noted and specific judge procedures | 0.1 | | 400 | 40 |
| 8-Jan-20 | Joel Wresh | Pulled and saved (15) Order Setting Scheduling Conference to client's file; set and adjusted deadlines, calendared appearances, diaried for attorney review | 0.2 | w | 135 | 0 |
| 6-Jan-20 | Joel Wresh | Emailed defense for position re Magistrate consent | 0.1 | | 135 | 13.5 |
| 3-Jan-20 | David McDevitt | responding to Victoria's email re leaving the firm, and introducing self and position to new OC (.4) | 0.4 | | 350 | 140 |
| 3-Jan-20 | Joel Wresh | Prepared responses to MIDP and notice of service. Sent to attorney for review | 0.4 | | 135 | 54 |
| 31-Dec-19 | Joel Wresh | Saved (14) Notice of Filer Deficiency re 13 to client's file; no action needed | 0.1 | w | 135 | 0 |
| 30-Dec-19 | David McDevitt | Email from Victoria, is leaving firm and will sub out | 0.1 | | 350 | 35 |
| 30-Dec-19 | Joel Wresh | Pulled and saved (13) Notice of Attorney Substitution - Plati to client's file, created contact card and added defense counsel to file | 0.1 | w | 135 | 0 |
| 19-Dec-19 | David McDevitt | reviewed email from OC with AZ Dept. of Financial Institutions Disclosure, responded requesting unaudited financials (.2); responded to email seeking clarification (.2) | 0.4 | | 350 | 140 |
| 19-Dec-19 | Russell S. Thompson | Review: [RT] Answer D1 - Compare against allegations in complaint, highlight relevant portions thereof; memo to file for Initial Disclosure and discovery | 0.3 | | 400 | 120 |
| 19-Dec-19 | Russell S. Thompson | Misc.: (DM) See (12) Corporate Disclosure Statement - | 0.1 | | 400 | 40 |
| 18-Dec-19 | Joel Wresh | ==Pulled and saved (11) Answer and (12) Corporate Disclosure Statement to client's file for attorney review== | 0.1 | | 135 | 13.5 |
| 17-Dec-19 | David McDevitt | Email from OC alleging net worth and number of class members | 0.1 | | 350 | 35 |
| 16-Dec-19 | David McDevitt | reviewing OC's email re Rule 12 motion; responding (.2) | 0.2 | | 350 | 70 |

| Date | Attorney | Description | Hours | | Rate | Total |
|---|---|---|---|---|---|---|
| 11-Dec-19 | David McDevitt | Respond to email from client regarding offer | 0.1 | | 350 | 35 |
| 11-Dec-19 | David McDevitt | Client rejects individual offer, sent email to OC | 0.2 | | 350 | 70 |
| 9-Dec-19 | David McDevitt | communicating settlement offer to client (.1); | 0.1 | | 350 | 35 |
| 4-Dec-19 | Joel Wresh | Pulled and saved (10) Order Granting Extension to Answer to client's file. | 0.1 | w | 135 | 0 |
| 4-Dec-19 | Russell S. Thompson | Motion: See (09) Motion for Extension to Answer - | 0.1 | | 400 | 40 |
| 3-Dec-19 | Joel Wresh | Pulled and saved (09) Motion for Extension to Answer to client's file; adjusted deadlines and diaried for review | 0.1 | w | 135 | 0 |
| 2-Dec-19 | David McDevitt | Offer from OC | 0.1 | | 350 | 35 |
| 2-Dec-19 | David McDevitt | Email from OC re claims, briefly reviewed and responded that I have to finish another brief but will respond | 0.2 | | 350 | 70 |
| 2-Dec-19 | David McDevitt | Email from OC requesting extensions, agreed | 0.1 | | 350 | 35 |
| 19-Nov-19 | Joel Wresh | Received and saved email from process server with affidavit of service to client's file, combined into return of service, | 0.1 | w | 135 | 0 |
| 19-Nov-19 | Joel Wresh | Prepared notice of service re Doc. 6 and sent to attorney for review. | 0.2 | w | 135 | 0 |
| 19-Nov-19 | Joel Wresh | Filed Summons Returned Executed via ECF. Pulled and saved (07) Summons Returned Executed to client's file | 0.1 | w | 135 | 0 |
| 19-Nov-19 | Joel Wresh | Received attorney approval and filed Notice of Service via ECF. Pulled and saved (08) Notice of Service to client's file | 0.1 | w | 135 | 0 |
| 19-Nov-19 | Russell S. Thompson | approved notice of service | 0.1 | | 400 | 40 |
| 29-Oct-19 | Joel Wresh | Sent complaint and initiating documents to process server for service. Saved email and updated event | 0.1 | w | 135 | 0 |
| 16-Oct-19 | Joel Wresh | Pulled and saved (06) Preliminary Order to client's file. Reviewed order, adjusted deadlines, and diaried for review | 0.2 | w | 135 | 0 |

| Date | Attorney | Description | Hours | | Rate | Total |
|---|---|---|---|---|---|---|
| 15-Oct-19 | Joel Wresh | Pulled and saved (01) Class Complaint with exhibits,(02) Proposed Summons, (03) Magistrate Consent Form, (04) MIDP Notice, and (05) Court Issued Summons to client's file. Added Judge to Amicus file and update case number. Diaried MIDP Notice and Judge Assignment for attorney review. | 0.2 | w | 135 | 0 |
| 15-Oct-19 | Joel Wresh | Prepared civil cover sheet and filed complaint and initiating documents via ECF. Documented cost for filing and forwarded invoice to accounting. | 0.2 | w | 135 | 0 |
| 17-Sep-19 | David McDevitt | Email from client approving complaint for filing | 0.1 | | 350 | 35 |
| 16-Sep-19 | David McDevitt | Emailed client for approval to file | 0.1 | | 350 | 35 |
| 29-Aug-19 | David McDevitt | responded to client questions about draft complaint (.2) | 0.2 | | 350 | 70 |
| 23-Aug-19 | Joel Wresh | Received email from client with questions; saved to client's file and diaried for attorney review. | 0.1 | | 135 | 13.5 |
| 16-Aug-19 | Joel Wresh | Sent draft of complaint to client via email for review prior to filing. | 0.1 | | 135 | 13.5 |
| 6-Aug-19 | David McDevitt | Reviewed draft complaint, converted to class and prepared for filing | 2.3 | | 350 | 805 |
| 26-Jul-19 | Russell S. Thompson | Lit-Meeting: Discuss Draft Complaint at Litigation Meeting - will file as class | 0.4 | | 400 | 160 |
| 25-Jul-19 | Russell S. Thompson | Review and finalized draft complaint shell prepared by paralegal for discussion at litigation meeting | 0.5 | | 400 | 200 |
| 22-Jul-19 | Joel Wresh | Reviewed attorney assignment sheet; prepared draft of complaint; prepared exhibits; memo to attorney for review and approval | 0.7 | | 135 | 94.5 |
| 16-Jul-19 | Joel Wresh | Converted welcome letter to PDF and sent to client via email; saved email to client's file. | 0.1 | w | 135 | 0 |
| 15-Jul-19 | Joel Wresh | Prepared Welcome Letter and saved to clients file. | 0.1 | | 135 | 13.5 |
| 15-Jul-19 | Joel Wresh | Confirmed viability and conducted Service Information Search; | 0.2 | | 135 | 27 |
| 15-Jul-19 | Russell S. Thompson | Reviewed and approved welcome letter | 0.1 | | 400 | 40 |
| 21-Jun-19 | Russell S. Thompson | Client: Called and left message | 0.1 | | 400 | 40 |

| Date | Attorney | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 12-Jun-19 | Russell S. Thompson | Client: Called and left message | 0.1 | 400 | 40 |
| 6-Jun-19 | Russell S. Thompson | Pre-Litigation: Received Initial Inquiry re FDCPA Violations, reviewed inquiry and documents (.2); create factual summary (.1); prepare and send attorney-client agreement (.1) | 0.4 | 400 | 160 |